IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERONICA ROBERTSON                                                                                    PLAINTIFF

v.                                         NO. 4:07CV00638 JLH

JERRY LOGGINS                                                                                        DEFENDANT

## ORDER OF DISMISSAL

Plaintiff has filed a Motion for Permission to Withdraw Class Certification Motion and to Settle Individual Claims. The Court finds that there will be no prejudice to a potential class by granting plaintiff's motion; therefore the motion is GRANTED. Docket #33. The Clerk is directed to terminate the Motion to Certify Class filed on May 12, 2008. Docket #26.

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed. IT IS THEREFORE ORDERED that the complaint and all claims by Veronica Robertson in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 18th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE